■ In the Matter of DYNAMICS CORPORATION OF AMERICA, Petitioner, against ABRAHAM & Co. et al., Respondents. In the Matter of LOUIS E. MARRON et al. In the Matter of AL LIPPE et al. ABRAHAM & Co. et al., Appellants; DYNAMICS CORPORATION OF AMERICA, Respondent. (Consolidated proceedings.) — Order and judgment unanimously modified in the exercise of discretion so as to increase the allowance to Eliot Janeway to $4,000 and the allowance to Value Line Appraisals, Inc. to $2,500, and otherwise affirmed, with costs to the petitioner-respondent. Settle order. Concur — Botein, P. J., Rabin, Frank, McNally and Stevens, JJ. [5 Misc 2d 652.]

■ WILLIAM FOSTER, Appellant, v. CITY OF NEW YORK, Respondent, et al., Defendants. MICHAEL J. ADRIAN CORPORATION, Third-Party Plaintiff, v. LATORRACA & SON, Third-Party Defendant. CITY OF NEW YORK, Third-Party Plaintiff, v. LATORRACA & SON, Third-Party Defendant.— Judgment unanimously affirmed, with costs to the respondent. No opinion. Concur — Breitel, J. P., Rabin, Frank, McNally and Stevens, JJ.

■ . DEVENCO, INCORPORATED, Respondent, v. MILTON L. SNOW, Appellant. — Determination unanimously affirmed with costs to the respondent. No opinion. Concur — Breitel J. P., Rabin, Frank, McNally and Stevens, JJ.

■ IRENE L. LORENZ, Respondent, et al., Plaintiff, v. FARER TRANSPORTATION Co. et al., Appellants, et al., Defendant.— On the record before us, we find the verdict excessive. Accordingly, the judgment is unanimously reversed on the facts and in the exercise of discretion, with costs to defendants-appellants to abide the event, and a new trial ordered unless plaintiff-respondent stipulates to reduce the verdict to the sum of $23,000, in which event the judgment as so modified is affirmed, without costs to either side. Settle order. Concur — Breitel, J. P., Rabin, Frank, McNally and Stevens, JJ.